IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EMILY GRZYB, | ) | |
|     Appellant | ) | |
| v. | ) | No. 3:05-cv-241 |
| MICHELLE WILSON, | ) | |
|     Appellee | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that the order of the Bankruptcy Court denying appellant's discharge is hereby AFFIRMED.

**E N T E R :**

                                                     *s/ James H. Jarvis*
                                            UNITED STATES DISTRICT JUDGE